PD-0538-15

PD-0538-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/6/2015 4:31:10 PM
Accepted 5/7/2015 1:40:45 PM
ABEL ACOSTA
CLERK

PDR No. _____

**Cause No. 5-13-01661-CR**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE TEXAS COURT** |
| | § | |
| **VS.** | § | **OF CRIMINAL APPEALS** |
| | § | |
| **JULIO CESAR VILLALBA** | § | **IN AUSTIN, TEXAS** |

## MOTION TO EXTEND TIME FOR FILING
## DEFENDANT'S PETITION FOR DISCRETIONARY REVIEW

**COMES NOW, JULIO CESAR VILLALBA,** Defendant in the above styled and numbered cause, and pursuant to Rule 13, Rules of the Court of Criminal Appeals, Tex.Code Crim. Proc. Ann., Article 44.33 (Supp. 1977), and Rules 74 and 75 of the Texas Rules of Appellate Procedure submits this motion requesting that the Appellant be granted FORTY-FIVE (45) days in which to file Defendant's Petition For Discretionary Review in the above styled and numbered cause, and in support thereof would respectfully show this Honorable Court the following:

I.

In the case styled **THE STATE OF TEXAS v. JULIO CESAR VILLALBA**, Trial Court Case No. f-1258991-Q, a jury found appellant guilty of murder and punishment was assessed at seventy (70) years confinement. Pursuant to the Texas Rules of Appellate Procedure, Rule 74(k), the Defendant's Petition for Discretionary Review being due to be filed on or about April 30, 2015, with no previous extensions of time having been requested in this case.

II.

Appellant/Petitioner herein was represented by court appointed counsel in the Court of Appeals. Petitioner's family has hired present counsel to file a Petition for Discretionary Review on

MOTION TO EXTEND TIME FOR FILING DEFENDANT'S BRIEF                    **PAGE 1**

his behalf. This Motion is made within fifteen days of the due date for the Petition for Discretionary Review. Counsel is requesting that he be allowed until June 2, 2015 to file the Petition for Discretionary Review, an extension of thirty-two (32) days. Counsel is requesting that he be allowed the additional time in order to research the issues and file an adequate Petition for Discretionary Review with this Honorable Court.                                                                III.

To deny this request for an extension would deprive this Appellant of his right to appeal as guaranteed by Tex. Code Crim. Proc. Ann., Article 44.02; deprive him of equal protection of the law as guaranteed by Article 1, §3 of the Texas Constitution, and U.S. Constitution, Amends, V and XIV; deprive him of his right to counsel as guaranteed by Texas Constitution, Article 1, § 10 and U.S. Constitution, Amends., VI and XIV; and deprive him of his right to "due process of law" guaranteed by Texas Constitution, article 1, § 19 and U.S. Constitution, Amends, V and XIV.

IV.

The Appellant has been diligent in pursuing this appeal and is not seeking this extension for purposes of delay only.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that her motion be granted and the time for the Petition for Discretionary Review be extended to June 2, 2015.

Respectfully submitted,


_/s/ Danny D. Burns_____
DANNY D, BURNS,
SBN 03443800
115 North Henderson Street
Fort Worth, Texas 76102-1940
(817) 870-1544 (817) 870-1589 Facsimile
dburnslaw@sbcglobal.net

CERTIFICATE OF CONFERENCE

I certify that on this the May 6, 2015, I conferred with Lori Ordiway at the Dallas County District Attorneys Office regarding the foregoing Motion and she was not opposed to the granting of the additional time.

/s/ Danny D. Burns<br>
**DANNY D. BURNS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been delivered via- e-mail and first class mail to:

Lori Ordiway
Appellate Section Dallas County District Attorney's Office
Dallas, Texas

on May 6, 2015.

/s/ Danny D. Burns<br>
**DANNY D. BURNS**